**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO.** _1:21-cv-44-GNS_

*Electronically Filed*

**DAVID G. SCHOLZ**                                                                               **PLAINTIFF**

**VS.**                                          **NOTICE OF REMOVAL**

**MARK ALLEN WICKERING,**
**VAN EERDEN TRUCKING COMPANY, INC. and**
**UNKNOWN DEFENDANT**                                                            **DEFENDANTS**

\* \* \*   \* \* \*   \* \* \*

Defendants, Van Eerden Trucking Company, Inc. and Mark Allen Wickering (hereinafter

collectively "Defendants"), by counsel, respectfully show the Court as follows:

1.       There is commenced and is now pending in the Simpson Circuit Court Civil Action

No. 20-CI-00312, captioned *David G. Scholz v. Mark Allen Wickering, Van Eerden Trucking*

*Company, Inc. and Unknown Defendant* in which the above-named David G. Scholz is Plaintiff

and Mark Allen Wickering and Van Eerden Trucking Company, Inc. are Defendants.  Plaintiff

filed his Complaint on October 30, 2020.  (Exhibit A, Plaintiff's Complaint.)

2.       This action involves a controversy between citizens of different states:

a.       Plaintiff David G. Scholz was, at the time of the commencement of this

action and at the present time, a citizen of the state of Florida.  (Exhibit A, Plaintiff's Complaint,

¶1.)

b.       Defendant Van Eerden Trucking Company, Inc, was, at the time of the

commencement of this action and at the present time, a Michigan Corporation with its principal

office in the state of Michigan and, by virtue, was, at the time of the commencement of this action

and is now, a citizen of the state of Michigan, and was not then and is not now a citizen of the state of Kentucky. (Exhibit A, Plaintiff's Complaint, ¶ 3; Exhibit B, Affidavit of Counsel in Support of Removal.)

   c.   Defendant Mark Allen Wickering, was, at the time of the commencement of this action and at the present time, a citizen of the state of Michigan. (Exhibit A, Plaintiff's Complaint, ¶ 2; Exhibit B, Affidavit of Counsel in Support of Removal.)

   3.   This is an action in common law of civil nature, which arises out of a motor vehicle accident involving Plaintiff, David G. Scholz, and Defendant, Mark Allen Wickering on or about November 14, 2018, in Simpson County, Kentucky.

   4.   Based upon the following, Defendants believe that the amount in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000) for the United States District Court to exercise diversity jurisdiction pursuant to 28 U.S.C. § 1332:

   a.   Plaintiff's Complaint states that "As a direct and proximate result of the negligent hiring, training, and supervision [of Defendant Wickering], Plaintiff sustained bodily injuries and damages." (Exhibit A, Plaintiff's Complaint, ¶ 17.)

   b.   On February 16, 2021, Plaintiff's counsel confirmed that Plaintiff will seek in excess of $75,000 in damages. (Exhibit C, Correspondence from Plaintiff's Counsel.)

   5.   This Notice of Removal will be filed within thirty (30) days after receipt by Defendants of a copy of a pleading or "other paper" from which it may first be ascertained that this case is one that is removable:

   a.   On February 16, 2021, Defendants received correspondence from Plaintiff's counsel that Plaintiff will seek in excess of $75,000 in this matter.

   b.   This Notice was electronically filed in the United States District Court for

the Western District of Kentucky, Bowling Green Division, on March 12, 2021.

6.      This action is one in which the District Court of the United States is given original jurisdiction under 28 U.S.C. § 1332 and the removal jurisdiction of this Court is properly invoked under 28 U.S.C. § 1441.

7.      A written notice of the filing of this Notice of Removal will be served upon Plaintiff as required under 28 U.S.C. § 1446(d).

8.      A Copy of this Notice of Removal will be filed with the Clerk of the Simpson Circuit Court as required by 28 U.S.C. § 1446(d).  There is filed herewith, and by reference made a part hereof, a copy of all process, pleadings, and orders filed in this action of the filing of this Notice of Removal.  (Exhibit D, Simpson Circuit Court File for Civil Action No. 20-CI-00312.)

Respectfully submitted,

CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Ste. 200
Lexington, Kentucky   40513
Telephone: (859) 243-0228
Facsimile: (859) 243-0528
Email: mcasey@cbmlaw.net
        epayne@cbmlaw.net

By:   /s/ Michael P. Casey
      MICHAEL P. CASEY
      EMILY S. PAYNE

## **CERTIFICATE OF SERVICE**

This certifies that a true and accurate copy of the foregoing was delivered by U.S. Mail, postage prepaid, to the following on this the 12th day of March, 2021:

Michael Nisbet
Karl Truman Law Office, LLC
420 Wall Street
Jeffersonville, IN 47130

*/s/ Michael P. Casey*
MICHAEL P. CASEY