CASE NO. _____                                                    SIMPSON CIRCUIT COURT

DAVID G. SCHOLZ                                                                            PLAINTIFF

v.

MARK ALLEN WICKERING
VAN EERDEN TUCKING COMPANY INC. and
UNKNOWN DEFENDANT                                                                      DEFENDANTS

# COMPLAINT
(Electronically filed)

1. That the plaintiff, David G. Scholz, is a resident of the State of Florida.

2. That the defendant, Mark Allen Wickering, is a resident of the State of Michigan with a last known address of 66 Auburn ST, Grand Rapids, MI 49506.

3. That the defendant, Van Eerden Trucking Company INC, is a foreign for-profit corporation organized in the state of Michigan with a principle address 102998 South Kent Dr. SW Byron Center, MI 49315.

4. That the unknown defendant is an unknown employer or supervisor of the defendant, Wickering.

5. That the defendants are subject to the jurisdiction of this Court pursuant to Kentucky's Long-Arm Statute, KRS 454.210(2)(a)(3).

6. That pursuant to KRS 454.210(3)(a), the Kentucky Secretary of State is the statutory agent of process for the defendants.

7. That this action arises out of a semi-tractor trailer crash that occurred on November 14, 2018 in Simpson County, Kentucky.

Filed          20-CI-00312     10/30/2020          Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
12/03/2020 11:11:26 AM
84627-10

8. That on or about November 14, 2018, while the plaintiff was resting in a lawfully parked tractor trailer truck at the Flying J. Truck Stop, the defendant, Wickering, crashed a semi-tractor trailer into the vehicle occupied by the plaintiff.

9. That as a direct and proximate result of the negligence of the defendant, Wickering, as alleged above, the plaintiff sustained bodily injury and damages.

10. That at the time and place of the aforesaid tractor trailer crash, the defendant, Wickering, operated a semi-tractor trailer truck with reckless disregard for the safety of the public including the plaintiff.

11. That the plaintiff is entitled to punitive damages.

12. That at all times material, the defendant, Wickering, was an employee of the defendant, Van Eerden.

13. That at the time and place of the aforesaid motor vehicle accident, the defendant, Wickering, was within the scope of his employment with the defendant, Van Eerden Trucking Co.

14. That at the time and place of the aforesaid tractor trailer crash, the defendant, Wickering, was within the scope of employment with an Unknown Defendant.

15. That the defendants, Van Eerden and the Unknown Defendant, are vicariously liable for the negligence of the defendant, Wickering.

16. That the defendants, Van Eerden and the Unknown Defendant, were negligent in their hiring, training, and supervision of the defendant, Wickering.

17. That as a direct and proximate result of the negligent hiring, training, and supervision as alleged above, the plaintiff sustained bodily injury and damages.

Presiding Judge: HON. JANET J. CROCKER (649250)

COM : 000002 of 000003

Filed          20-CI-00312     10/30/2020          Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
12/03/2020 11:11:26 AM
84627-10

**WHEREFORE**, the plaintiff demands as follows:

1. For Judgment against the defendants;

2. For court costs;

3. For trial by jury;

4. For punitive damages; and

5. For all other relief for which the plaintiff may be entitled.

                                        **KARL TRUMAN LAW OFFICE, LLC**

/s/ Michael Nisbet
Michael Nisbet
Karl Truman Law Office
420 Wall Street
Jeffersonville, IN 47130
mikenisbet@trumanlaw.com
e-file@trumanlaw.com

Presiding Judge: HON. JANET J. CROCKER (649250)

COM : 000003 of 000003

Filed          20-CI-00312     10/30/2020          Beth A. Fiss, Simpson Circuit Clerk