Filed          20-CI-00312    10/30/2020          Beth A. Fiss, Simpson Circuit Clerk          Exhibit D

NOT ORIGINAL DOCUMENT
03/12/2021 03:22:57 PM
86537

CASE NO. _____                              SIMPSON CIRCUIT COURT

DAVID G. SCHOLZ                                                   PLAINTIFF

v.

MARK ALLEN WICKERING
VAN EERDEN TUCKING COMPANY INC. and
UNKNOWN DEFENDANT                                              DEFENDANTS

# COMPLAINT
(Electronically filed)

1. That the plaintiff, David G. Scholz, is a resident of the State of Florida.

2. That the defendant, Mark Allen Wickering, is a resident of the State of Michigan with a last known address of 66 Auburn ST, Grand Rapids, MI 49506.

3. That the defendant, Van Eerden Trucking Company INC, is a foreign for-profit corporation organized in the state of Michigan with a principle address 102998 South Kent Dr. SW Byron Center, MI 49315.

4. That the unknown defendant is an unknown employer or supervisor of the defendant, Wickering.

5. That the defendants are subject to the jurisdiction of this Court pursuant to Kentucky's Long-Arm Statute, KRS 454.210(2)(a)(3).

6. That pursuant to KRS 454.210(3)(a), the Kentucky Secretary of State is the statutory agent of process for the defendants.

7. That this action arises out of a semi-tractor trailer crash that occurred on November 14, 2018 in Simpson County, Kentucky.

Filed          20-CI-00312    10/30/2020          Beth A. Fiss, Simpson Circuit Clerk

Presiding Judge: HON. JANET J. CROCKER (649250)

COM : 000001 of 000003

NOT ORIGINAL DOCUMENT
03/12/2021 03:22:57 PM
86537

8. That on or about November 14, 2018, while the plaintiff was resting in a lawfully parked tractor trailer truck at the Flying J. Truck Stop, the defendant, Wickering, crashed a semi-tractor trailer into the vehicle occupied by the plaintiff.

9. That as a direct and proximate result of the negligence of the defendant, Wickering, as alleged above, the plaintiff sustained bodily injury and damages.

10. That at the time and place of the aforesaid tractor trailer crash, the defendant, Wickering, operated a semi-tractor trailer truck with reckless disregard for the safety of the public including the plaintiff.

11. That the plaintiff is entitled to punitive damages.

12. That at all times material, the defendant, Wickering, was an employee of the defendant, Van Eerden.

13. That at the time and place of the aforesaid motor vehicle accident, the defendant, Wickering, was within the scope of his employment with the defendant, Van Eerden Trucking Co.

14. That at the time and place of the aforesaid tractor trailer crash, the defendant, Wickering, was within the scope of employment with an Unknown Defendant.

15. That the defendants, Van Eerden and the Unknown Defendant, are vicariously liable for the negligence of the defendant, Wickering.

16. That the defendants, Van Eerden and the Unknown Defendant, were negligent in their hiring, training, and supervision of the defendant, Wickering.

17. That as a direct and proximate result of the negligent hiring, training, and supervision as alleged above, the plaintiff sustained bodily injury and damages.

Filed        20-CI-00312    10/30/2020           Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/12/2021 03:22:57 PM
86537

**WHEREFORE**, the plaintiff demands as follows:

1. For Judgment against the defendants;

2. For court costs;

3. For trial by jury;

4. For punitive damages; and

5. For all other relief for which the plaintiff may be entitled.

                      **KARL TRUMAN LAW OFFICE, LLC**

                      /s/ Michael Nisbet
                      Michael Nisbet
                      Karl Truman Law Office
                      420 Wall Street
                      Jeffersonville, IN 47130
                      mikenisbet@trumanlaw.com
                      e-file@trumanlaw.com

Presiding Judge: HON. JANET J. CROCKER (649250)

COM : 000003 of 000003

Filed        20-CI-00312    10/30/2020           Beth A. Fiss, Simpson Circuit Clerk

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | **NOT ORIGINAL DOCUMENT**<br>03/12/2021 03:51:59 PM<br>86567<br>Case #: **20-CI-00312**<br>Court:  **CIRCUIT**<br>County: **SIMPSON** |

*Plantiff,* **SCHOLZ, DAVID G. VS. WICKERING, MARK ALLEN ET AL**, *Defendant*

TO:  **KENTUCKY SECRETARY OF STATE**
     **KENTUCKY SECRETARY OF STATE**
     **700 CAPITAL AVENUE, SUITE 152**
     **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:
**KENTUCKY SECRETARY OF STATE**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Beth A. Fiss, Simpson
Circuit Clerk
Date: **10/30/2020**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____          _____
                                       Served By

                                       _____
                                       Title

Summons ID: @00000076363
CIRCUIT: 20-CI-00312 Certified Mail
SCHOLZ, DAVID G. VS. WICKERING, MARK ALLEN ET AL



Page 1 of 1

*eFiled*

Presiding Judge: HON. JANET J. CROCKER (649250)

CI : 000001 of 000001

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice     *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | **NOT ORIGINAL DOCUMENT**<br>03/12/2021 03:29:19 PM<br>86567<br>Case #: **20-CI-00312**<br>Court: **CIRCUIT**<br>County: **SIMPSON** |

*Plantiff,* **SCHOLZ, DAVID G. VS. WICKERING, MARK ALLEN ET AL**, *Defendant*

TO:  **KENTUCKY SECRETARY OF STATE**
     **700 CAPITAL AVENUE, #152**
     **FRANKFORT, KY 40601**

Memo: Related party is VAN EERDEN TRUCKING COMPANY INC Alternative Service Address exists.

The Commonwealth of Kentucky to Defendant:
**VAN EERDEN TRUCKING COMPANY INC**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                    /s/ Beth A. Fiss, Simpson
                    Circuit Clerk
                    Date: **10/30/2020**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20____                            _____
                                                                 Served By

                                                        _____
                                                                    Title

---

Summons ID: @00000076362
CIRCUIT: 20-CI-00312 Certified Mail
SCHOLZ, DAVID G. VS. WICKERING, MARK ALLEN ET AL



Page 1 of 1

eFiled

Presiding Judge: HON. JANET J. CROCKER (649250)
CI : 000001 of 000001

| | | |
|---|---|---|
| AOC-E-105      Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice      *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>03/12/2021  03:29:19 PM<br>86567<br>Case #: **20-CI-00312**<br>Court:   **CIRCUIT**<br>County: **SIMPSON** |

*Plantiff,* **SCHOLZ, DAVID G. VS. WICKERING, MARK ALLEN ET AL**, *Defendant*

TO: **VAN EERDEN TRUCKING COMPANY INC**
   **102998 SOUTH KENT DRIVE**
   **BYRON CENTER, MI 49315**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                   /s/ Beth A. Fiss, Simpson
                                   Circuit Clerk
                                   Date: **10/30/2020**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____              _____
                                             Served By

                                             _____
                                             Title

---

Summons ID: @00000076361
CIRCUIT: 20-CI-00312 Long Arm Statute – Secretary of State
SCHOLZ, DAVID G. VS. WICKERING, MARK ALLEN ET AL



Page 1 of 1



Presiding Judge: HON. JANET J. CROCKER (649250)          CI : 000001 of 000001

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice   *Courts.ky.gov*<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>03/12/2021 03:25:08 PM<br>86567<br>Case #: **20-CI-00312**<br>Court: **CIRCUIT**<br>County: **SIMPSON** |

*Plantiff,* **SCHOLZ, DAVID G. VS. WICKERING, MARK ALLEN ET AL**, *Defendant*

TO:  **MARK  ALLEN WICKERING**
     **KENTUCKY SECRETARY OF STATE**
     **700 CAPITAL AVENUE, SUITE**
     **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:
**MARK  ALLEN WICKERING**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Beth A. Fiss, Simpson
Circuit Clerk
Date: **10/30/2020**

Presiding Judge: HON. JANET  J. CROCKER (649250)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____      _____
                                                     Served By

                                          _____
                                                     Title

Summons ID: @00000076360
CIRCUIT: 20-CI-00312 Certified Mail
SCHOLZ, DAVID G. VS. WICKERING, MARK ALLEN ET AL

CI : 000001 of 000001



Page 1 of 1

eFiled

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>03/12/2021 03:25:09 PM<br>86547<br><br>Case #: **20-CI-00312**<br>Court: **CIRCUIT**<br>County: **SIMPSON** |

*Plantiff,* **SCHOLZ, DAVID G. VS. WICKERING, MARK ALLEN ET AL**, *Defendant*

TO:  **MARK ALLEN WICKERING**
     **66 AUBURN STREET**
     **GRAND RAPIDS, MI 49506**

Memo:  Alternative Service Address exists.

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Beth A. Fiss, Simpson
Circuit Clerk
Date: **10/30/2020**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Summons ID: @00000076359
CIRCUIT: 20-CI-00312 Long Arm Statute – SOS - Restricted Delivery
SCHOLZ, DAVID G. VS. WICKERING, MARK ALLEN ET AL



Page 1 of 1



Presiding Judge: HON. JANET J. CROCKER (649250)    CI : 000001 of 000001



**Commonwealth of Kentucky**
**Beth A. Fiss, Simpson Circuit Clerk**

NOT ORIGINAL DOCUMENT
03/12/2021 03:23:29 PM
86537

Case #: **20-CI-00312**   Envelope #: **2895037**

Received From: **MICHAEL NISBET**   Account Of: **MICHAEL NISBET**

Case Title: **SCHOLZ, DAVID G. VS. WICKERING, MARK ALLEN ET AL**   Confirmation Number: **116224720**

Filed On **10/30/2020  10:46:18AM**

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $1.00 |
| 5 | Court Facilities Fee | $25.00 |
| 6 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 7 | Charges For Services(Jury Demand / 12) | $70.00 |
| 8 | Money Collected For Others(Postage) | $37.05 |
| 9 | Charges For Services(Copy - Photocopy) | $1.50 |
| 10 | Money Collected For Others(Postage) | $12.50 |
| 11 | Money Collected For Others(Secretary of State) | $10.00 |
| 12 | Charges For Services(Copy - Photocopy) | $1.00 |
| 13 | Charges For Services(Attestation) | $0.50 |
| 14 | Money Collected For Others(Postage) | $12.50 |
| 15 | Money Collected For Others(Secretary of State) | $15.45 |
| 16 | Charges For Services(Copy - Photocopy) | $1.00 |
| 17 | Charges For Services(Attestation) | $0.50 |
| | **TOTAL:** | **$383.00** |

Generated: 10/30/2020   Page 1 of 1

Filed 20-CI-00312 01/28/2021 Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/12/2021 03:23:34 PM
86537

COMMONWEALTH OF KENTUCKY
SIMPSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-00312
*Electronically Filed*

DAVID G. SCHOLZ     PLAINTIFF

v.

MARK ALLEN WICKERING
VAN EERDEN TRUCKING CO. and
UNKNOWN DEFENDANT     DEFENDANTS

### **DEFENDANTS' ANSWER TO PLAINITIFF'S COMPLAINT**

*******

Come the Defendants, Mark Allen Wickering and Van Eerden Trucking Co., Inc., by counsel and their answer to the Plaintiff's complaint, states as follows:

### FIRST DEFENSE

The Plaintiff's complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The complaint is barred in whole or in part by the applicable statute of limitations.

### THIRD DEFENSE

1. The Defendants admit the allegations contained in paragraphs 2, 3, 5, 6, 7, 12, 13 and 14 of the Plaintiff's complaint.

2. The Defendants deny the allegations contained in paragraphs 9, 10, 11, 15, 16 and 17 of the Plaintiff's complaint.

3. The Defendants are without sufficient knowledge to from a belief as to the truth of the allegations contained in paragraphs 1, 4 and 8 of the Plaintiff's complaint and therefore deny same.

4. Each and every allegation not addressed specifically above is denied.

## FOURTH DEFENSE

The Defendants state that if Plaintiff was damaged as alleged, which is specifically denied, that said damages were the sole and proximate result of the Plaintiff's contributory negligence or intentional acts and Defendants specifically plead the Plaintiff's negligence and/or intentional acts as a complete or comparative bar to Plaintiff's recovery herein.

## FIFTH DEFENSE

The Defendants state that if Plaintiff was damaged as alleged, which is specifically denied, that said damages were the sole and proximate result of the negligence or intentional acts on the part of a third-party or third-parties over which Defendants had no control over, liability or responsibility for and Defendants specifically plead third-party negligence and/or intentional acts as a complete or comparative bar to Plaintiff's recovery herein.

## SIXTH DEFENSE

The Defendants state that if Plaintiff was damaged as alleged, which is specifically denied, that said damages were the sole and proximate result of intervening, superseding, intentional and negligent acts on the part of others, or an Act of God, over which Defendants had no liability or responsibility for and Defendants specifically plead and rely upon same as a complete or comparative bar to Plaintiff's recovery herein.

## SEVENTH DEFENSE

This Defendant specifically pleads and relies upon each and every term and provision of the Kentucky Motor Vehicle Reparations Act, KRS Chapter 304.39 et seq., as a complete or comparative bar to the Plaintiff's complaint.

Filed    20-CI-00312    01/28/2021    Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/12/2021 03:23:34 PM
86537

### EIGHTH DEFENSE

The Defendants assert that Plaintiff's failure to mitigate his damages serves as a complete or partial bar to its claims.

### NINTH DEFENSE

The Defendants specifically rely upon the affirmative defenses found in CR 8.03 and hereby reserve the right to amend their Answer to specifically plead any and all of the defenses found in CR 8.03 as necessitated by the proof discovered.

### TENTH DEFENSE

The claim for punitive damages should be dismissed because any punitive damage award under Kentucky law, without bifurcating the trial and trying the punitive damage issues if and only if liability was found on the merits, would violate these Defendants' due process rights as guaranteed by the Fourteenth Amendment of the United States Constitution and the due process provisions of the Constitution of the Commonwealth of Kentucky.

### ELEVENTH DEFENSE

The claim for punitive damages should be dismissed because a punitive damage award under Kentucky law, which is not subject to a pre-determined limit on the amount of punitive damages that a jury may impose, would violate these Defendants' due process rights as guaranteed by the Constitution of the Commonwealth of Kentucky and it would violate the excessive fines provision of Section 17 of the Constitution of the Commonwealth of Kentucky.

### TWELFTH DEFENSE

The claim for punitive damages should be dismissed because a jury, under Kentucky law; (1) is not provided with sufficient standards of clarity for determining the appropriateness and amount of a punitive damages award; (2) is not adequately instructed on the limits of punitive

Filed    20-CI-00312    01/28/2021    Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/12/2021 03:23:34 PM
86537

damages imposed by the applicable principals of deterrence and punishment; (3) is not expressly prohibited from awarding punitive damages, or determining the amount of punitive damage award, in whole or in part, on the basis of invidious discriminatory characteristics, including the residence and wealth of the Defendant; (4) is permitted to award punitive damages under a vague and arbitrary standard that does not sufficiently define the conduct or mental state that makes punitive damages permissible; and (5) is not subject to trial court and appellate judicial review for reasonableness and furtherance of legitimate purposes on the basis of an objective standard. For the foregoing reasons, a punitive damage award would violate Kentucky law and these Defendants' due process and equal protection rights as guaranteed under the Fourteenth Amendment of the United States Constitution and the Constitution of the Commonwealth of Kentucky.

### THIRTEENTH DEFENSE

The claim for punitive damages should be dismissed as being in violation of the United States Constitution, including but not limited to the Fifth and Eighth Amendments, as applied to the States through the Fourteenth Amendment of the United States Constitution.

### FOURTEENTH DEFENSE

The claim for punitive damages should be dismissed as being in violation of the Constitution of the Commonwealth of Kentucky, including but not limited to Articles 2, 17 and 26.

### FIFTEENTH DEFENSE

The claim for punitive damages is not permitted without proof of each and every element beyond a reasonable doubt and, as such, violates these Defendants' due process rights as

Filed    20-CI-00312    01/28/2021    Beth A. Fiss, Simpson Circuit Clerk

ANS : 000004 of 000006

Filed 20-CI-00312 01/28/2021 Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/12/2021 03:23:34 PM
86537

guaranteed by the Fourteenth Amendment of the United States Constitution and the due process provision of the Constitution of the Commonwealth of Kentucky.

### SIXTEENTH DEFENSE

The claim for punitive damages should be dismissed because any award of punitive damages, under the law of the Commonwealth of Kentucky, without the same protection accorded to criminal defendants, including but not limited to, protection against unreasonable searches and seizures, double jeopardy, self-incrimination, the right to confront adverse witnesses, speedy trial and the effective assistance of counsel, would violate the Defendants' rights under the Fourteenth Amendment of the United States Constitution and the Fourth, Fifth and Sixth Amendments as incorporated into the Fourteenth Amendment in Sections 2, 3, 7, 10, 11, 12, 13, 14, 17, and 26 of the Constitution of the Commonwealth of Kentucky.

Wherefore, Defendants, Mark Allen Wickering and Van Eerden Trucking Co., Inc., by counsel and respectfully pray for dismissal of the Plaintiff's complaint, for her to take nothing therefrom, for trial by jury, for all costs incurred including a reasonable attorney's fee, and for all other relief to which they may be entitled.

Respectfully submitted,

CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Ste. 200
Lexington, Kentucky 40513
Telephone: (859) 243-0228
Facsimile: (859) 243-0528
Email: mcasey@cbmlaw.net

*/s/ Michael P. Casey*
MICHAEL P. CASEY
Counsel for Defendants

Filed        20-CI-00312        01/28/2021        Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/12/2021 03:23:34 PM
86537

## CERTIFICATE OF SERVICE

      This certifies that a true and accurate copy of the foregoing was delivered by U.S. Mail, postage prepaid, to the following on this the 28th day of January, 2021:

Michael Nisbet
Karl Truman Law Office
420 Wall St.
Jeffersonville, IN 47130

*Electronically to:*
Simpson Circuit Court

                                                  */s/ Michael P. Casey*
                                                  MICHAEL P. CASEY

Filed        20-CI-00312        01/28/2021        Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/12/2021 03:23:39 PM
86537

**COMMONWEALTH OF KENTUCKY**
**SIMPSON CIRCUIT COURT**
**CIVIL ACTION NO. 20-CI-00312**
*Electronically Filed*

DAVID G. SCHOLZ                                                PLAINTIFF

v.

MARK ALLEN WICKERING
VAN EERDEN TRUCKING CO. and
UNKNOWN DEFENDANT                                DEFENDANTS

## NOTICE OF SERVICE

Notice is hereby given that Defendants, Mark Allen Wickering and Van Eerden Trucking Co., by and through counsel, have served the Plaintiff, David G. Scholz, with its First Interrogatories, Requests for Production of Documents and Request for Admission on this the 28th day of January, 2021.

The Plaintiff, David G. Scholz, shall have thirty (30) days from the date of service in which to respond, in writing, under oath.

                                               Respectfully submitted,

                                               CASEY BAILEY & MAINES, PLLC
                                               3151 Beaumont Centre Circle, Ste. 200
                                               Lexington, KY 40513
                                               Telephone: (859) 243-0228
                                               Facsimile: (859) 243-0528
                                               Email: mcasey@cbmlaw.net

                        By:     */s/ Michael P. Casey*
                                MICHAEL P. CASEY

Filed        20-CI-00312        01/28/2021        Beth A. Fiss, Simpson Circuit Clerk

NO : 000001 of 000002

Filed 20-CI-00312 01/28/2021 Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/12/2021 03:23:39 PM
86537

## CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was delivered by U.S. Mail, postage prepaid, to the following on this the 28th day of January, 2021:

Michael Nisbet
Karl Truman Law Office
420 Wall St.
Jeffersonville, IN 47130

Original electronically filed with:
Simpson Circuit Court Clerk

/s/ Michael P. Casey
MICHAEL P. CASEY